IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **A2i Holdings, LLC**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. |
| **CleanChoice Energy, Inc.** and | : | |
| **CleanChoice Energy Shared** | : | |
| **Services, LLC**, | : | |
| | : | Jury Trial Demanded |
| Defendants. | : | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT OF PLAINTIFF A2i HOLDINGS, LLC**

The undersigned counsel for plaintiff A2i Holdings, LLC in this action certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____

**OR**

☒   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| /s/ *Richard G. Placey* | Montgomery, McCracken, Walker & Rhoads, LLP |
| Signature of Attorney | Name of Firm |
| | |
| Richard G. Placey | 1105 North Market Street, Suite 1500 |
| Print Name | Address |
| | |
| March 13, 2023 | Wilmington, DE  19801 |
| Date | City/State/ZIP Code |

6030759v1